UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARK A. KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:10-CV-306 |
| | ) | (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, the Report and Recommendation [Doc. 15] entered by Magistrate Judge H. Bruce Guyton is **ACCEPTED IN WHOLE**; plaintiff's Objection [Doc. 16] is **DENIED**; plaintiff's Motion for Summary Judgment [Doc. 9] is **DENIED**; defendant Commissioner's Motion for Summary Judgment [Doc. 13] is **GRANTED**; and the decision of the defendant Commissioner in this case denying plaintiff's application for supplemental security income benefits is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

                                                      s/ Thomas A. Varlan
                                                      UNITED STATES DISTRICT JUDGE